UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN DAMON BARTH,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SCOTT KERNAN, et al.,<br><br>　　　　Defendants. | Case No. CV 18-04763 DMG (RAO)<br><br>JUDGMENT |

In accordance with the Order Dismissing Case issued concurrently herewith,

IT IS ORDERED AND ADJUDGED that Plaintiff's First Amended Complaint is DISMISSED without prejudice, and this action is dismissed.

DATE: September 10, 2018

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE